Case 7:22-mj-00038 Document 1 Filed on 01/08/22 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED

*January 08, 2022*

Nathan Ochsner, Clerk of Court

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**      DISTRICT OF      **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Santiago Alejandro Coronado-Izaguirre

## CRIMINAL COMPLAINT

Case Number: **M-22-0038-M**

IAE     YOB: **1985**
**Mexico**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 7, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Santiago Alejandro Coronado-Izaguirre was encountered by Border Patrol Agents near Edinburg, Texas on January 7, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on November 20, 2017, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on August 30, 2017, through Hidalgo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes   ☒ No

Complaint authorized by AUSA A. Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ **Jose E. Diaz**
**Signature of Complainant**

Jose E. Diaz      Border Patrol Agent

**January 8, 2022** at 2:02 PM

**J. Scott Hacker** , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer